UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE GALAITSIS and
GIOANNIS J. SKARAKIS,

    Plaintiffs,

v.

BETA CAE SYSTEMS
INTERNATIONAL AG, *et al.*,

    Defendants.

Case No. 19-cv-13792
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT'S INITIAL MOTION TO DISMISS (ECF No. 8)

On December 26, 2019, Plaintiffs George Galaitsis and Gioannis J. Skarakis filed this shareholder oppression suit against Defendants BETA CAE Systems International AG ("BETA") and Jennifer Athanasiadis. (*See* Compl., ECF No. 1.) On January 31, 2020, BETA moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 8.)

The Court entered an order on February 2, 2020, in which it provided Plaintiffs an opportunity to file an Amended Complaint to address the purported defects in the Complaint. (*See* Order, ECF No. 9.) The Court informed the parties that if Plaintiffs filed such an Amended Complaint, it would terminate BETA's pending motion to dismiss as moot. (*See id.*)

1

Plaintiffs have now filed an Amended Complaint. (*See* Am. Compl., ECF No. 10.) Accordingly, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** BETA's initial motion to dismiss (ECF Nos. 8).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764