UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

**GEORGE GALAITSIS and GIOANNIS J. (a/k/a JOHN) SKARAKIS,**

*Plaintiffs*,

v.

**BETA CAE SYSTEMS INTERNATIONAL AG, a Switzerland company, and JENNIFER ATHANASIADIS, an individual,**

*Defendants*.

Civ. No. 4:19-cv-13792

Hon. Matthew F. Leitman

Mag. Judge: Michael J. Hluchaniuk

/

## APPEARANCE

TO:   CLERK OF THE COURT

Please enter the Appearance of Robert L. Avers of Dickinson Wright PLLC as counsel for Defendant JENNIFER ATHANASIADIS in the above-entitled matter.

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ Robert L. Avers
Robert L. Avers (P75396)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1672
ravers@dickinsonwright.com

1

                                                Attorneys for Defendant Jennifer Athanasiadis

Dated: March 27, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I filed the foregoing ***Appearance of Robert L. Avers*** with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ Robert L. Avers
                                                Robert L. Avers (P75396)

Dated:  March 27, 2020

4810-6801-7592 v1 [92349-1]