UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE GALAITSIS and
GIOANNIS J. SKARAKIS,

    Plaintiffs,

v.

BETA CAE SYSTEMS
INTERNATIONAL AG, *et al.*,

    Defendants.

Case No. 19-cv-13792
Hon. Matthew F. Leitman

_____/

## ORDER DENYING DEFENDANT JENNIFER ATHANASIADIS' MOTION TO DISMISS (ECF No. 16)

On September 17, 2020, the Court held a video hearing on Defendant Jennifer Athanasiadis' motion to dismiss. (*See* Mot. to Dismiss., ECF No. 16.) For the reasons stated on the record, the motion is **DENIED**.[1]

Athanasiadis shall file an Answer to the First Amended Complaint by no later than October 8, 2020.

**IT IS SO ORDERED.**

Dated: September 17, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

---

[1] It does not appear that Plaintiffs' First Amended Complaint brings a tortious interference claim against Jennifer Athanasiadis. However, to the extent that the First Amended Complaint does raise such a claim against Athanasiadis, that claim is **DISMISSED** for the reasons stated on the record during the motion hearing.

1

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 17, 2020, by electronic means and/or ordinary mail.

                                               <u>s/Holly A. Monda</u>
                                               Case Manager
                                               (810) 341-9764